**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| CHARLES R. BLACKBURN, derivatively, on behalf of PELOTON INTERACTIVE INC.,<br><br>Plaintiff,<br><br>v.<br><br>JOHN FOLEY, JILL WOODWORTH, KAREN BOONE, JON CALLAGHAN, JAY HOAG, PAMELA THOMAS-GRAHAM, ERIK BLACHFORD, HOWARD DRAFT, WILLIAM LYNCH, THOMAS CORTESE, HISAO KUSHI, and MARIANA GARAVAGLIA,<br><br>Defendants,<br><br>PELOTON INTERACTIVE INC.,<br><br>Nominal Defendant. | Civ. No. |

**ORDER**

Upon application of plaintiff Charles R. Blackburn, and for good cause shown,

**IT IS HEREBY ORDERED** this ____ day of December, 2022, that plaintiff may file his Complaint in the above-captioned matter under seal.

**IT IS FURTHER ORDERED** that, Peloton Interactive, Inc. will file a redacted, public version of the Complaint within ten (10) business days of notice of this Order.

____________________________________
UNITED STATES DISTRICT JUDGE